**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>TONY SOUNDARA,<br><br>          Defendant. | 2:06-CR-0020-KJD-(RJJ)<br><br><br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (#31) of Magistrate Judge Robert J. Johnston entered June 15, 2006, recommending that Defendant's Motion to Suppress (#16) be denied. Objections (#32/33) to the Magistrate Judge's Report and Recommendation were filed by Defendant TONY SOUNDARA pursuant to Local Rule IB 3-2 of the Local Rules of Practice of the United States District Court of the District of Nevada.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#31) of the United States Magistrate Judge entered June 15, 2006, should be **ADOPTED** and **AFFIRMED**.

////

////

////

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#31) entered June 15, 2006, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#16) is **DENIED**.

DATED this 27th day of July, 2006.

_____
Kent J. Dawson
United States District Judge